NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SYSMEX CORPORATION, SYSMEX AMERICA, INC.,**
*Appellants*

**v.**

**BECKMAN COULTER, INC.,**
*Appellee*

_____

2022-1715

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01503.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          SYSMEX CORPORATION V. BECKMAN COULTER, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 19, 2022
        Date                          /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court

**ISSUED AS A MANDATE:** October 19, 2022